

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00053-CV

Roy **WATTERS**,
Appellant

v.

Mike **LOPEZ** and Tiffany Liesman,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16616B
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and the appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED March 21, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice